PROB 12C
(7/93)

Report Date: January 11, 2012

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lewis Jessie Deleon | Case Number: 2:11CR06050-001 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 5/3/2005 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 84 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: To be Assigned | Date Supervision Commenced: 4/1/2011 |
| Defense Attorney: None | Date Supervision Expires: 3/31/2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On December 21, 2012, Lewis Jessie Deleon refused to submit to urine drug testing. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/11/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Deleon, Lewis Jessie**
**January 11, 2012**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

s/ Fred Van Sickle
Signature of Judicial Officer

1/11/12
Date