PROB 12C
(7/93)

Report Date: March 14, 2012

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lewis Jessie Deleon          Case Number: 2:11CR06050-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  5/3/2005

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 84 Months; TSR - 36          Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Gregory M. Shogren                    Date Supervision Commenced: 4/1/2011

Defense Attorney:      Allison K. Guernsey                   Date Supervision Expires: 3/31/2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Jessie Lewis Deleon failed to submit a monthly supervision report for the months of February and March 2012. |
| 2 | **Standard Condition #4:** If the defendant illegally uses drugs or abuses alcohol, has a history of drug or alcohol abuse, or drug use or possession is determined to be an element of the defendant's criminal history or instant offense, the defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalyses testing to determine if the defendant has used drugs or alcohol.<br><br>**Supporting Evidence**: Lewis Jessie Deleon failed to report for urine drug testing on March 13, 2012. |
| 3 | **Standard Condition #4:** If the defendant illegally uses drugs or abuses alcohol, has a history of drug or alcohol abuse, or drug use or possession is determined to be an element of the defendant's criminal history or instant offense, the defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalyses testing to determine if the defendant has used drugs or alcohol. |

Case 2:11-cr-06050-FVS    Document 37    Filed 03/15/12

Prob12C
Re:  Deleon, Lewis Jessie
March 14, 2012
Page 2

**Supporting Evidence**: As of March 14, 2012, Lewis Jessie Deleon has failed to return to substance abuse treatment as directed by the probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/14/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

s/Fred Van Sickle

Signature of Judicial Officer

03/15/2012
Date