PROB 12C
(7/93)

Report Date: November 26, 2013

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lewis Jessie Deleon          Case Number: 0980 2:11CR06050-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 3, 2005

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 84 months; TSR - 36         Type of Supervision: Supervised Release
                         months

Asst. U.S. Attorney:     Gregory M. Shogren                 Date Supervision Commenced: August 17, 2012

Defense Attorney:        Allison K. Guernsey                Date Supervision Expires: March 16, 2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On November 22, 2013, the probation officer attempted to contact Mr. Deleon at his residence. It was discovered that Mr. Deleon had been evicted from his apartment. Mr. Deleon has not provided a new address. All phone numbers provided are not working. The defendant's current whereabouts are unknown. |
| 2 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 25, 2013, Mr. Deleon was directed to report to the probation office and submit to urine drug testing. The defendant failed to report for testing. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Deleon, Lewis Jessie**
**November 25, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/26/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

11/26/13

Date