PROB 12C  
(7/93)

Report Date: March 28, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lewis Jessie Deleon                    Case Number: 0980 2:11CR06050-001

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 3, 2005

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison 84 months;                    Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Gregory M. Shogren                   Date Supervision Commenced: August 17, 2012

Defense Attorney:       Allison K. Guernsey                  Date Supervision Expires: March 16, 2015

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/26/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 11, 2014, Lewis Jessie Deleon was convicted of possession of a controlled substance - methamphetamine, Franklin County Superior Court, docket no. 13-1-50571-1 and sentenced to 6 months custody, 12 months supervision, $1,944 fines and fees. |
| 4 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On December 7, 2013, Lewis Jessie Deleon was stopped for a traffic offense and arrested on the outstanding Federal Supervised Release warrant and was found to be in possession of methamphetamine. |

Prob12C
**Re: Deleon, Lewis Jessie**
**March 28, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  3/28/2014

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

3/28/14

Date